UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOVASPARKS, INC., NOVASPARKS, SAS, and FINASPARKS, SAS, <br><br> Plaintiffs, <br><br> v. <br><br> EXEGY, INC. and MARLIN MANAGEMENT COMPANY, LLC, <br><br> Defendants. | Civil Action No. 1:23-cv-10006-WGY |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)**

Plaintiffs NovaSparks, Inc., NovaSparks, SAS and Finasparks, Inc. (collectively "NovaSparks") seek leave of court to file a Second Amended Complaint ("SAC"), a copy of which is attached to its Memorandum of Law in support of this motion as Exhibit 1.

The proposed SAC includes new jurisdictional allegations that further support the Court's personal jurisdiction over Defendant Marlin Management Co. LLC ("Marlin"). The SAC does not seek to name any new party defendants to the action, does not allege any additional claims or causes of actions against the Defendants, and will not meaningfully affect the scope of discovery. The amendment is therefore unlikely to cause any delay to the case or prejudice to the Defendants. *See e.g.*, *Moore v. Eli Lilly and Co.*, 626 F. Supp. 365, 366 (D. Mass. 1986) ("Motions for leave to file an amended complaint under Rule 15(a) of the Federal Rules of Civil Procedure are liberally granted.").

WHEREFORE, for all the reasons stated herein and in the Memorandum in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint, NovaSparks respectfully requests the Court grant its Motion for Leave and allow it to file its Second Amended Complaint.

Respectfully submitted,

FINASPARKS SAS,
NOVASPARKS, INC. and
NOVASPARKS SAS

By their Attorneys,

*/s/ Gregory S. Bombard*
Andrew J. Tibbetts (BBO No. 682021)
Gregory S. Bombard (BBO No. 679720)
Diana A. Balluku (BBO No. 698128)
GREENBERG TRAURIG, LLP
One International Place
Suite 2000
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
Andrew.Tibbetts@gtlaw.com
Gregory.Bombard@gtlaw.com
Diana.Balluku@gtlaw.com

Dated: March 1, 2023

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on February 28, 2023, I sent an email to counsel representing Defendants Exegy, Inc. and Marlin Management Co. to ask whether Defendants assent to any of the relief requested in this Motion or whether Defendants believe that a further conference would permit the parties to narrow or resolve any of the issues presented by this Motion. Counsel for Defendants responded that Defendants intend to oppose this Motion.

*/s/ Gregory S. Bombard*
Gregory S. Bombard

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non registered participants on March 1, 2023.

                                            */s/ Diana A. Balluku*
                                            Diana A. Balluku